## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WORLD WRESTLING ENTERTAINMENT, INC., | : | CIVIL ACTION NO. |
| | : | 3:18-CV-780 |
| Plaintiff, | : | |
| VS. | : | |
| | : | |
| TRANSWORLD TELEVISION CORPORATION, | : | |
| | : | |
| Defendant. | : | |
| | | MAY 8, 2018 |

## COMPLAINT

Plaintiff World Wrestling Entertainment, Inc. ("WWE") hereby brings this Complaint against Defendant Transworld Television Corporation ("TWT").

## THE PARTIES

1.     WWE is a Delaware corporation with a principal place of business at 1241 East Main Street, Stamford, Connecticut, 06902.  WWE is an integrated media and entertainment company principally engaged in the development, promotion, and marketing of television programming, pay-per-view programming, and live arena events featuring its unique wrestling-based sports entertainment programming, and the licensing and sale of branded consumer products featuring its famous brands.

2.     TWT is a foreign corporation with a principal place of business at 14th Floor, Concorde Building, Verdun Street, Beirut, Lebanon, P.O. Box 11-4932.  TWT is a distributor of television programming to the Middle Eastern and African broadcast markets.

## JURISDICTION AND VENUE

3.     This Court has subject matter jurisdiction over this action under 28 U.S.C. § 1332 because there is complete diversity of citizenship between the parties and the amount in controversy, exclusive of interest and costs, exceeds $75,000.

4.      This Court has personal jurisdiction over TWT because TWT consented to jurisdiction in this Court pursuant to Section 14(f)(ii) of an Agency Agreement dated March 12, 2007, as amended ("Agency Agreement").

5.      Venue is appropriate in this District under 28 U.S.C. § 1391(d) because an alien may be sued in any District.  TWT also has consented to venue in this District pursuant to Section 14(f)(ii) of the Agency Agreement.

<b><u>FACTUAL BACKGROUND</u></b>

**<u>The Agency Agreement Between WWE and TWT</u>**

6.      WWE and TWT entered into an Agency Agreement, dated March 12, 2007, as amended by agreements dated March 15, 2010 and April 18, 2014.  A true and accurate copy of the Agency Agreement with amendments is attached as Exhibit A to the Complaint.

7.      Pursuant to Section 1 of the Agency Agreement, TWT had the right to solicit, on behalf of WWE, television licenses with third parties in certain geographical areas within the Middle East and Africa (the "Territory").

8.      Pursuant to Section 4 of the Agency Agreement, TWT was required to collect on behalf of, and pay to, WWE all license fees with respect to television license agreements entered within the Territory as a result of opportunities brought to WWE by TWT.

**<u>The License Agreement Between TWT and MBC</u>**

9.      TWT and MBC FZ LLC ("MBC") entered into a License Agreement, dated August 13, 2012, as amended by an agreement dated December 4, 2013 ("License Agreement").  A true and accurate copy of the License Agreement is attached as Exhibit B to the Complaint.

10.     Pursuant to the License Agreement, TWT licensed to MBC certain WWE television programs for telecasting within the Territory.

11.     The License Agreement sets forth the amount of the license fees that MBC is required to pay to TWT each year during the term of the License Agreement and a schedule by which such payments are to be made.

12.     Pursuant to the schedule in the License Agreement, MBC was required to make payments to TWT of $156,827.00 no later than May 15, 2017, $156,827.00 no later than August 15, 2017, and $117,036.00 no later than November 15, 2017.

13.     Upon information and belief, MBC has made the above payments to TWT.

**TWT's Failure to Make Payments Due under the Agency Agreement**

14.     Pursuant to the Agency Agreement, TWT was required to collect and pay the license fees from MBC to WWE.

15.     WWE sent invoices to TWT for the payments due and owing under the Agency Agreement, including: Invoice No. 117462 dated May 15, 2017 in the amount of $63,279.98,[1] Invoice No. 11875 dated August 15, 2017 in the amount of $156,827.00, and Invoice No. 120651 dated November 15, 2017 in the amount of $117,036.00.  A true and accurate copy of these invoices is attached as Exhibit C to the Complaint.

16.     TWT has not paid the amounts on the invoices sent by WWE that are attached as Exhibit C to the Complaint, which are due and owing.

**WWE's Attempt to Collect Amounts Owed under the Agency Agreement**

17.     WWE made several attempts in good faith to contact TWT regarding its failure to make the payments required by the Agency Agreement.

18.     By letter dated February 6, 2018, WWE provided TWT with a formal notice that TWT was in breach of the Agency Agreement for non-payment of outstanding license fees then

---

[1] TWT paid $93,547.02 of the $156,827.00 payment that was due on May 15, 2017, leaving an unpaid balance of $63,279.98 on that invoice.

totaling $337,142.98. A true and accurate copy of the February 6, 2018 letter is attached as Exhibit D to the Complaint.

19. By letter dated March 2, 2018, WWE gave TWT notice that, because WWE had not heard back from TWT despite numerous attempts to reach TWT, in the event that full payment of the unpaid balance of $337,142.98 owed to WWE was not received within five business days of the letter, WWE would initiate proceedings against TWT in this Court in accordance with Section 14(f) of the Agency Agreement. A true and accurate copy of the March 2, 2018 letter is attached as Exhibit E to the Complaint.

20. To date, TWT has not responded to WWE and has not paid WWE any of the outstanding amounts due and owing under the Agency Agreement.

## COUNT ONE
### Breach of Contract

21. WWE re-alleges each of the foregoing paragraphs as if set forth fully herein.

22. The Agency Agreement constitutes a valid and enforceable contract between WWE and TWT.

23. WWE has complied with all of its obligations under the Agency Agreement.

24. The Agency Agreement required TWT to collect and pay to WWE license fees for certain television licenses.

25. TWT did not pay to WWE the license fees that are due and payable under the Agency Agreement.

26. TWT's failure to pay to WWE the license fees that are due and payable under the Agency Agreement constitutes a breach of the Agency Agreement.

27. WWE has been damaged by TWT's breach of the Agency Agreement.

28.     WWE is entitled to payment of all amounts due and payable under the Agency Agreement, including interest on all outstanding amounts ($337,142.98 plus interest).

## COUNT TWO
## Account Stated

29.     WWE re-alleges each of the foregoing paragraphs as if set forth fully herein.

30.     WWE sent invoices to TWT reflecting the amounts owed to WWE for license fees under the Agency Agreement.

31.     TWT did not dispute the amounts owed to WWE on the invoices.

32.     TWT never paid the amounts on the invoices sent by WWE that are attached as Exhibit C to the Complaint.

33.     WWE has been damaged by the failure of TWT to make payments on the invoices that are attached as Exhibit C to the Complaint.

34.     WWE is entitled to payment of all amounts reflected on the invoices that are attached as Exhibit C to the Complaint.

## PRAYER FOR RELIEF

WHEREFORE, WWE hereby demands the following relief against TWT:

(a)     A declaratory judgment that TWT has breached the Agency Agreement;

(b)     Monetary damages, including damages for unpaid license fees due under the Agency Agreement in the amount of $337,142.98, exclusive of interest;

(d)     Prejudgment interest and post-judgment interest;

(e)     Attorney's fees and costs; and

(f)     Such other relief as this Court may deem just and proper.

A JURY TRIAL IS HEREBY DEMANDED.

PLAINTIFF WORLD WRESTLING
ENTERTAINMENT, INC.

By: */s/   Jeffrey P. Mueller*
    Jeffrey P. Mueller (ct27870)
    Day Pitney LLP
    242 Trumbull Street
    Hartford, CT 06103
    Phone: (860) 275-0100
    Fax: (860) 275-0343
    Email: jmueller@daypitney.com

    Jonathan B. Tropp (ct11295)
    Day Pitney LLP
    One Canterbury Green
    201 Broad Street
    Stamford, CT 06901
    Phone: (203) 977-7300
    Fax: (203) 977-7301
    Email: jbtropp@daypitney.com

    Its Attorneys