# EXHIBIT A

March 12, 2007

Transworld Television Corporation
Concorde Building
Dinan Street, Ras Beirut
Beirut, Lebanon
Attn: Mr. Issam Hamaoui

**Re: Transworld Television Corporation ("Agent") -w- World Wrestling Entertainment, Inc. ("WWE") / Agency Agreement ("Agreement")**

Dear Mr. Hamaoui:

This Agreement is entered into by and between Agent and WWE (individually referred to as "Party" and collectively referred to as the "Parties") as of the date set forth above. For good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereby agree as follows:

[redacted]



Case 3:18-cv-00780-VAB   Document 1-1   Filed 05/08/18   Page 3 of 14

Case 3:18-cv-00780-VAB Document 1-1 Filed 05/08/18 Page 7 of 14


(f) Governing Law; Jurisdiction:

(i) Governing Law: This Agreement has been made in Connecticut. All disputes, claims or legal actions arising directly or indirectly out of this Agreement or relating in any way to the subject matter of this Agreement or the parties' relationship, whether sounding in contract, tort or otherwise, shall be governed by the laws of the State of Connecticut, exclusive of the Connecticut laws relating to the conflicts of laws. The provisions contained in this Section 14 (f) shall survive the termination and/or expiration of this Agreement.

(ii) Forum Selection and Jurisdiction: The United States District Court for District of Connecticut and the Judicial District Court of Stamford, Connecticut are the exclusive forums in which a party may bring any dispute, claim or legal action arising directly or indirectly out of this Agreement or in any way related to the subject matter of this Agreement or the parties' relationship, whether sounding in contract, tort or otherwise. This provision to submit all disputes, claims or legal actions to the Federal or State courts in Connecticut shall be specifically enforceable; each party knowingly waives personal service of process and venue; and each party consents to jurisdiction in Connecticut and waives any defense of forum nonconveniens or similar defense to such forum. The provisions contained in this paragraph shall survive the termination and/or expiration of this Agreement.

(g) Severability: In the event that any part, provision or portion of any provision of this Agreement shall be declared invalid or unenforceable for any reason by a court of competent jurisdiction, such provision or portion thereof shall be considered separate and apart from the remainder of this Agreement, which shall remain in full force and effect.

(h) Complete Agreement: Agent and Company acknowledge that this Agreement constitutes the entire understanding of Agent and Company and replaces and supercedes as of the date of execution any and all prior agreements and understandings, whether oral or written, between the Agent and Company. No change, modification, waiver or discharge of any or all of the terms and provisions of this Agreement shall be effective unless made in writing and executed by both Agent and Company.

(i) Specific Performance: Agent agrees that irreparable injury, for which an adequate remedy at law does not exist, will occur to WWE if any of the provisions of this Agreement are not performed by Agent in accordance with their specific terms, Accordingly, Agent agrees that WWE will be entitled to an injunction or injunctions to prevent any breach or threatened breach of this Agreement and to enforce specifically the terms and provisions hereof in those courts having jurisdiction pursuant to the terms herein. Notwithstanding anything herein to the contrary, WWE reserves any and all rights and remedies both in law or in equity which it may be entitled as a result of any breach of this Agreement.

**IN WITNESS WHEREOF**, the parties hereto have executed this Agreement as of the date first above written.

TRANSWORLD TELEVISION CORPORATION
("Agent")

By: ______________________________

Print Name: ______________________

Its: ______________________________

Date: ____________________________

TRANSWORLD TELEVISION TWT CORPORATION

WORLD WRESTLING ENTERTAINMENT, INC.
("WWE")

By: ______________________________

Print Name: ______________________

Its: ______________________________

Date: ____________________________

March 15, 2010

Transworld Television Corporation
Concorde Building
Dinan Street, Ras Beirut
Beirut, Lebanon

Attn: Issam Hamaoui

**Re: First Amendment to the Agency Agreement between World Wrestling Entertainment, Inc. ("WWE"), Transworld Television Corporation ("Agent")**

Dear Mr. Hamaoui:

Reference is made to that a certain Agency Agreement between WWE and Agent, effective as of March 12, 2007 (the "Agreement"), which is in full force and effect as of the date hereof. For good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties have agreed to amend the Agreement as follows ("First Amendment"):



[redacted]

4. All terms not defined herein shall have the same meaning given them in the Agreement. Except as expressly or by necessary implication modified hereby, the terms and conditions of the Agreement are hereby ratified and confirmed without limitation or exception.

Please confirm acceptance of this First Amendment as set forth in the space provided below on behalf of Licensee and return it to me for countersignature. One (1) fully-executed copy will be returned for your files.

WORLD WRESTLING ENTERTAINMENT, INC.

By: ____________________

ANDREW WHITAKER

Date: 4/7/10

ACKNOWLEDGED AND AGREED:

TRANSWORLD TELEVISION CORPORATION
("Agent")

By: ____________________

Print Name: Fadi Ramlawi

Date: March 19th, 2010

TRANSWORLD TELEVISION TWT CORPORATION

As of April 18, 2014

Transworld Television Corporation
Concorde Building
Dinan Street, Ras Beirut
Beirut, Lebanon

Attn:  Issam Hamaoui

**Re:  Second Amendment to the Agency Agreement between World Wrestling Entertainment, Inc. ("WWE") and Transworld Television Corporation ("Agent")**

Dear Mr. Hamaoui:

Reference is made to that certain Agency Agreement between WWE and Agent, dated as of March 12, 2007 and the Amendment dated as of March 15, 2010 between the parties (collectively, the "Agreement"), which is in full force and effect as of the date hereof. For good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties have agreed to amend the Agreement as follows ("Second Amendment"):





5. All terms not defined herein shall have the same meaning given them in the Agreement. Except as expressly or by necessary implication modified hereby, the terms and conditions of the Agreement are hereby ratified and confirmed without limitation or exception.

Please confirm acceptance of this Second Amendment as set forth in the space provided below on behalf of Licensee and return it to me for countersignature. One (1) fully-executed copy will be returned for your files.

WORLD WRESTLING ENTERTAINMENT, INC.

By:____________________________

Print Name:____________________________

Date: 9/8/2014

ACKNOWLEDGED AND AGREED:

TRANSWORLD TELEVISION CORPORATION
("Agent")

By:____________________________
Fadi Ramlawi

Print Name:____________________________

Date: Aug 22nd, 2014

TRANSWORLD TELEVISION CORPORATION