# EXHIBIT B

**TRANSWORLD TELEVISION
CORPORATION**
Apartado 850, Panama 1,
Republic of Panama

*All correspondence to:*
Concorde Bldg., Verdun Str.
Beirut, Lebanon
P.O. Box 11-4932
Tel: (961) 1 75 21 00
Fax: (961) 1 75 36 20

**Contract No**: MBC 2012-100

**Buyers Ref:** Telecon May 9th, 2012          **Date**: August 13th, 2012

## LICENSE AGREEMENT



The undersigned Exhibitor hereby licenses from Transworld Television Corporation (Distributor/Licensor), which agrees to license the Shows to the Licensee for telecasting, pursuant to all the provisions contained herein and in the Exhibit 1 attached.

**Exhibitor/Licensee:** MBC FZ LLC "MBC"
**Address:**     MBC Building, Media City, Dubai, U.A.E.











**Transworld Television Corporation**
-------------------------------------------------
(DISTRIBUTOR/LICENSOR)

BY: _____
-------------------------------------------------
(Authorized Signatory) Issam Hawrasui
Date:

**MBC FZ LLC**
-------------------------------------------------
(EXHIBITOR/LICENSEE)

BY: _____
-------------------------------------------------
(Authorized Signatory) SAM BARNETT
Date: 4/10/12

# EXHIBIT I

**STANDARD TERMS AND CONDITIONS:**









**Transworld Television
Corporation**

Date: December 4th, 2013

## LICENSE AGREEMENT AMENDMENT

Amendment to License Agreement Dated August 13th, 2012 reference no. MBC 2012-100 entitled ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ between:

Transworld Television Corporation "TWT" (Licensor)
Apartado 850, Panama 1, Republic of Panama

and

MBC FZ LLC "MBC" (Licensee)
MBC Building, Dubai Media City
Dubai, UAE.



Signature below constitutes agreement to the above terms and conditions.

Signed for and on behalf of
**Transworld Television Corporation**
-----------------------------------------------
(Distributor/Contractor)

BY: _Fadi Hamlawy_

Date: Jan 14, 2014

Signed for and on behalf of
**MBC FZ LLC**
-----------------------------------------------
(Exhibitor/Licensee)

BY: _[signature]_   SAM BARNETT
                    GROUP CEO
Date:               07 / Jan. / 2014

Amendment Reference MBC 2012-100 / Superstars 2014