# EXHIBIT C



World Wrestling Entertainment, Inc.
1241 East Main Street
Stamford, CT 06902
PHONE: 203-352-6000
FAX: 203-352-8688

**INVOICE**

| | |
|---|---:|
| Invoice No. | 117462 |
| Contract No. | 1602 TC |
| Date | 05/15/17 |
| Customer ID | 51521 |
| Term | Net 30 Days |
| Currency | USD |

**BILL TO:**
TRANSWORLD TV CORP.
Concorde Bldg., Verdun Street
P.O. Box 11-4932
Beirut
Lebanon

Page 1 of 1

| DESCRIPTION | EXTENDED PRICE |
|---|---:|
| | 156,827.00 |



payment received — (93,547.02)

| | | |
|---|---|---:|
| | Sales Total: | 63,279.98 |
| | Tax Total: | 0.00 |
| | Total Amount Due: | 63,279.98 |



**World Wrestling Entertainment, Inc.**
1241 East Main Street
Stamford, CT 06902
PHONE: 203-352-6000
FAX: 203-352-8688

| | INVOICE |
|---|---:|
| Invoice No. | 118754 |
| Contract No. | 1602 TC |
| Date | 08/15/17 |
| Customer ID | 51521 |
| Term | Net 30 Days |
| Currency | USD |

**BILL TO:**
TRANSWORLD TV CORP.
Concorde Bldg., Verdun Street
P.O. Box 11-4932
Beirut
Lebanon

Page 1 of 1

| DESCRIPTION | EXTENDED PRICE |
|---|---:|
| | 156,827.00 |



| | | |
|---|---:|---:|
| | Sales Total: | 156,827.00 |
| | Tax Total: | 0.00 |
| Total Amount Due: | | 156,827.00 |



**World Wrestling Entertainment, Inc.**
1241 East Main Street
Stamford, CT 06902
PHONE: 203-352-6000
FAX: 203-352-8688

### INVOICE

| | |
|---|---|
| Invoice No. | 120651 |
| Contract No. | 1602 TC |
| Date | 11/15/17 |
| Customer ID | 51521 |
| Term | Net 30 Days |
| Currency | USD |

**BILL TO:**
TRANSWORLD TV CORP.
Concorde Bldg., Verdun Street
P.O. Box 11-4932
Beirut
Lebanon

Page 1 of 1

| DESCRIPTION | EXTENDED PRICE |
|---|---|
|  | 117,036.00 |

| | |
|---|---|
| Sales Total: | 117,036.00 |
| Tax Total: | 0.00 |
| Total Amount Due: | 117,036.00 |