# EXHIBIT D



**WWE**
1241 East Main Street
Stamford, CT 06902

**VIA EMAIL, FAX AND COURIER**

February 6, 2018

Mr. Fadi Ramlawi
Transworld Television Corporation
Address: 14th Floor, Concorde Bldg, Verdun Str.
Beirut, Lebanon
P.O. Box 11-4932
Fax: 00 961 1 753 620
Email: fadi@twtcorp.com

Dear Mr. Ramlawi:

Reference is made to that certain Agency Agreement between World Wrestling Entertainment, Inc. ("**WWE**" or "**we**") and Transworld Television Corporation ("**TWT**" or "**you**"), dated as of March 12, 2007, as amended (the "**Agency Agreement**"). Terms capitalized but not defined herein shall have the meanings set forth in the Agency Agreement.

In accordance with <u>Section 4</u> of the Agency Agreement, TWT is obligated to collect on behalf of, and pay to, WWE all license fees with respect to Television License agreements entered into within the Territory. We are issuing this letter on the grounds of non-payment by TWT of such license fees. To date, TWT is in arrears with a balance of US$337,142.98 (the "**Unpaid Balance**"): (i) US$63,279.98, which was due on or before May 15, 2017; (ii) US$156,827.00, which was due on or before August 15, 2017, and (iii) US$117,036.00, which was due on or before November 15, 2017. A copy of the invoice is attached hereto as <u>Exhibit 1</u>.

We have been made aware that the Unpaid Balance has been remitted to you by your Licensee. Accordingly, please make the necessary arrangement for the full payment of WWE's share of the Unpaid Balance owed to WWE within five (5) business days of the date of this letter <u>or WWE will take all necessary steps, at law or in equity, to recoup all amounts due to WWE</u>.

Thank you in advance for your prompt attention to and action on this matter.

Please note that nothing contained in this letter shall limit WWE's rights or remedies, at law or in equity, all of which shall remain reserved.

Should you have any questions or comments, please do not hesitate to contact me anytime.

Sincerely yours,

Carlo Nohra
VP & General Manager, Middle East

Cc:    Issam Hamaoui, TWT
       John Brody, WWE
       Blake Bilstad, WWE



Exhibit 1

## Invoice

| Ty | Number | Item | Check Date | Cust PO & Remark | Pay Terms | Original Amount | Open Amount | Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | Over 120 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| G/L Offset  INTL | | | | | | | | | | | | | |
| Customer: | 51521 | TRANSWORLD TV CORP. | | | | | | | | | | | |
| RI | 117462 | 001 | 05/15/17 | | Sales Order1602 | 30 | 156,827.00 | 63,279.98 | .00 | .00 | .00 | .00 | .00 | 63,279.98 |
| RI | 118754 | 001 | 08/15/17 | | Sales Order1602 | 30 | 156,827.00 | 156,827.00 | .00 | .00 | .00 | .00 | .00 | 156,827.00 |
| RI | 120651 | 001 | 11/15/17 | | Sales Order1602 | 30 | 117,036.00 | 117,036.00 | .00 | .00 | 117,036.00 | .00 | .00 | .00 |
| | | | | Customer Total: | USD | 430,690.00 | 337,142.98 | 0.00 | 0.00 | 117,036.00 | 0.00 | 0.00 | 220,106.98 |



**World Wrestling Entertainment, Inc.**
1241 East Main Street
Stamford, CT 06902
PHONE: 203-352-6000
FAX: 203-352-8688

| | INVOICE |
|---|---|
| **Invoice No.** | 117462 |
| **Contract No.** | 1602 TC |
| **Date** | 05/15/17 |
| **Customer ID** | 51521 |
| **Term** | Net 30 Days |
| **Currency** | USD |

**BILL TO:**
TRANSWORLD TV CORP.
Concorde Bldg., Verdun Street
P.O. Box 11-4932
Beirut
Lebanon

Page 1 of 1

| DESCRIPTION | EXTENDED PRICE |
|---|---|
|  | 156,827.00 |
| payment received | (93,547.02) |

| | |
|---|---|
| **Sales Total:** | 63,279.98 |
| **Tax Total:** | 0.00 |
| **Total Amount Due:** | 63,279.98 |



**World Wrestling Entertainment, Inc.**
1241 East Main Street
Stamford, CT 06902
PHONE: 203-352-6000
FAX: 203-352-8688

| | INVOICE |
|---|---|
| **Invoice No.** | 118754 |
| **Contract No.** | 1602 TC |
| **Date** | 08/15/17 |
| **Customer ID** | 51521 |
| **Term** | Net 30 Days |
| **Currency** | USD |

**BILL TO:**

TRANSWORLD TV CORP.
Concorde Bldg., Verdun Street
P.O. Box 11-4932
Beirut
Lebanon

Page  1 of 1

| DESCRIPTION | EXTENDED PRICE |
|---|---|
| | 156,827.00 |



| | | |
|---|---|---|
| **Sales Total:** | | 156,827.00 |
| **Tax Total:** | | 0.00 |
| **Total Amount Due:** | | 156,827.00 |



**World Wrestling Entertainment, Inc.**
1241 East Main Street
Stamford, CT 06902
PHONE: 203–352–6000
FAX: 203–352–8688

**INVOICE**

| | |
|---|---|
| **Invoice No.** | 120651 |
| **Contract No.** | 1602 TC |
| **Date** | 11/15/17 |
| **Customer ID** | 51521 |
| **Term** | Net 30 Days |
| **Currency** | USD |

**BILL TO:**
TRANSWORLD TV CORP.
Concorde Bldg., Verdun Street
P.O. Box 11–4932
Beirut
Lebanon

Page 1 of 1

**DESCRIPTION**

**EXTENDED PRICE**

117,036.00



| | |
|---|---|
| **Sales Total:** | 117,036.00 |
| **Tax Total:** | 0.00 |
| **Total Amount Due:** | 117,036.00 |