# EXHIBIT E



1241 East Main Street
Stamford, CT  06902

**VIA EMAIL, FAX AND COURIER**

March 2, 2018

Mr. Fadi Ramlawi
Transworld Television Corporation
14th Floor, Concorde Bldg, Verdun Str.
Beirut, Lebanon
P.O. Box 11-4932
Fax: 00 961 1 753 620
Email: fadi@twtcorp.com

Dear Mr. Ramlawi:

Reference is made to that certain (i) Agency Agreement between World Wrestling Entertainment, Inc. ("**WWE**" or "**we**") and Transworld Television Corporation ("**TWT**" or "**you**"), dated as of March 12, 2007, as amended (the "**Agency Agreement**"), and (ii) letter dated February 6, 2018 (the "**Notice of Breach Letter**") reminding you of the outstanding balance in the amount of US$337,142.98 owed to WWE (the "**Unpaid Balance**"). Terms capitalized but not defined herein shall have the meanings set forth in the Agency Agreement.

Despite our numerous attempts to reach you via email and phone, in addition to the Notice of Breach Letter, we have not heard back from you. Accordingly, in the event that full payment of WWE's share of the Unpaid Balance owed to WWE is not received by WWE within five (5) business days of the date of this letter, WWE will initiate the proceedings in the United States District Court for District of Connecticut, in accordance with Section 14(f) of the Agency Agreement.

Please note that nothing contained in this letter shall limit WWE's rights or remedies, at law or in equity, all of which shall remain reserved.

Should you have any questions or comments, please do not hesitate to contact me anytime.

Sincerely yours,

Carlo Nohra
VP & General Manager, Middle East

Cc:     Issam Hamaoui, TWT
        John Brody, WWE
        Blake Bilstad, WWE