# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WORLD WRESTLING ENTERTAINMENT, INC., | : | CIVIL ACTION NO. |
| | : | 3:18-CV-00780 |
| Plaintiff, | : | |
| VS. | : | |
| | : | |
| TRANSWORLD TELEVISION CORPORATION, | : | |
| | : | |
| Defendant. | : | MAY 8, 2018 |

## MOTION TO SEAL EXHIBITS A-D TO COMPLAINT

Pursuant to Local Rule of Civil Procedure 5(e), Plaintiff World Wrestling Entertainment, Inc. ("WWE") hereby moves to file under seal unredacted versions of Exhibits A-D to the Complaint in this action.  In support of this motion, WWE states as follows:

1.    Exhibit A is an Agency Agreement between WWE and Defendant Transworld Television Corporation ("TWT"), dated March 12, 2007, as amended by agreements dated March 15, 2010 and April 18, 2014 ("Agency Agreement").  The Agency Agreement contains confidential and proprietary business information of WWE that has not been made public by WWE, including the terms of an agreement with an agent for soliciting television licenses with third parties in certain foreign territories.

2.    Exhibit B is a License Agreement between TWT and MBC FZ LLC ("MBC"), dated August 13, 2012, as amended by an agreement dated December 4, 2013 ("License Agreement").   The License Agreement contains confidential and proprietary business information of WWE that has not been made public by WWE, including the terms of an agreement with a foreign licensee and specific pricing information for the licensed programs covered by the License Agreement.

3.      Exhibit C is a copy of invoices sent by WWE to TWT for the payments due and owing under the Agency Agreement.   The invoices contain confidential and proprietary information of WWE that has not been made public by WWE, including specific pricing information for the licensed programs covered by the License Agreement.

4.      Exhibit D is a letter sent by WWE to TWT dated February 6, 2018, in which WWE provided TWT with formal notice that TWT was in breach of the Agency Agreement and enclosed copies of the aforementioned invoices.   The invoices contain confidential and proprietary information of WWE that has not been made public by WWE, including specific pricing information for the licensed programs covered by the License Agreement.

5.      WWE will serve unredacted versions of these exhibits on TWT and has provisionally filed them under seal with the Court in accordance with Local Rule of Civil Procedure 5(e).  Redacted versions of these exhibits have been filed publicly.

WHEREFORE, WWE requests permission to file unredacted versions of Exhibits A-D to the Complaint under seal.

PLAINTIFF WORLD WRESTLING
ENTERTAINMENT, INC.

By:  */s/   Jeffrey P. Mueller*
    Jeffrey P. Mueller (ct27870)
    Day Pitney LLP
    242 Trumbull Street
    Hartford, CT 06103
    Phone: (860) 275-0100
    Fax: (860) 275-0343
    Email: jmueller@daypitney.com

    Jonathan B. Tropp (ct11295)
    Day Pitney LLP
    One Canterbury Green
    201 Broad Street
    Stamford, CT 06901
    Phone: (203) 977-7300

Fax: (203) 977-7301
Email: jbtropp@daypitney.com

Its Attorneys