# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WORLD WRESTLING ENTERTAINMENT, INC., | : | CIVIL ACTION NO. |
| | : | 3:18-CV-780 |
| Plaintiff, | : | |
| VS. | : | |
| | : | |
| TRANSWORLD TELEVISION CORPORATION, | : | |
| | : | |
| Defendant. | : | MAY 8, 2018 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff World Wrestling Entertainment, Inc. states that it is a publicly traded corporation with no parent corporation and that no publicly held corporation owns ten percent or more of its stock.

        PLAINTIFF WORLD WRESTLING
        ENTERTAINMENT, INC.

By: /s/   Jeffrey P. Mueller
    Jeffrey P. Mueller (ct27870)
    Day Pitney LLP
    242 Trumbull Street
    Hartford, CT 06103
    Phone: (860) 275-0100
    Fax: (860) 275-0343
    Email: jmueller@daypitney.com

    Jonathan B. Tropp (ct11295)
    Day Pitney LLP
    One Canterbury Green
    201 Broad Street
    Stamford, CT 06901
    Phone: (203) 977-7300
    Fax: (203) 977-7301
    Email: jbtropp@daypitney.com

    Its Attorneys