UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WORLD WRESTLING ENTERTAINMENT, INC., | : | CIVIL ACTION NO. 3:18-CV-00780-VAB |
| Plaintiff, | : | |
| VS. | : | |
| TRANSWORLD TELEVISION CORPORATION, | : | |
| Defendant. | : | MAY 10, 2018 |

### PLAINTIFF'S MOTION FOR AN ORDER DIRECTING SERVICE OF PROCESS ON DEFENDANT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(f)(3)

Pursuant to Federal Rule of Civil Procedure 4(f)(3), Plaintiff World Wrestling Entertainment, Inc. ("WWE") hereby moves for an order directing service of process on Defendant Transworld Television Corporation ("TWT") by mail and email.

As set forth more fully in the accompanying Memorandum of Law in support of this motion, the Court should enter an order permitting WWE to serve process on TWT, a Lebanese corporation with its principal place of business in Lebanon, by mail and email under Rule 4(f)(3) because such methods of service are reasonably practicable, are not prohibited by international agreement, and comport with constitutional notions of due process.

WHEREFORE, the Court should grant WWE's motion for an order directing service of process on TWT by mail and email pursuant to Federal Rule of Civil Procedure 4(f)(3) and should enter the proposed order attached as an exhibit to this motion.

-2-

PLAINTIFF WORLD WRESTLING
ENTERTAINMENT, INC.

By: */s/   Jeffrey P. Mueller*
  Jeffrey P. Mueller (ct27870)
  Day Pitney LLP
  242 Trumbull Street
  Hartford, CT 06103
  Phone: (860) 275-0100
  Fax: (860) 275-0343
  Email: jmueller@daypitney.com

  Jonathan B. Tropp (ct11295)
  Day Pitney LLP
  One Canterbury Green
  201 Broad Street
  Stamford, CT 06901
  Phone: (203) 977-7300
  Fax: (203) 977-7301
  Email: jbtropp@daypitney.com

  Its Attorneys