**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| WORLD WRESTLING ENTERTAINMENT, INC., | : | CIVIL ACTION NO. 3:18-CV-00780-VAB |
| | : | |
| Plaintiff, | : | |
| VS. | : | |
| | : | |
| TRANSWORLD TELEVISION CORPORATION, | : | |
| | : | |
| Defendant. | : | JULY 31, 2018 |

## NOTICE OF WITHDRAWAL OF MOTION FOR AN ORDER DIRECTING SERVICE OF PROCESS ON DEFENDANT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(f)(3)

Plaintiff World Wrestling Entertainment, Inc. ("WWE") hereby withdraws its pending motion for an order directing service of process on Defendant Transworld Television Corporation ("TWT") pursuant to Federal Rule of Civil Procedure 4(f)(3) (Doc. No. 10).

WWE had moved for an order permitting WWE to serve process on TWT by mail to its business address in Lebanon and by email to TWT's Vice President, Fadi Ramlawi. Since the filing of its motion, WWE has learned that Mr. Ramlawi no longer works for TWT. Accordingly, WWE withdraws its pending motion without prejudice at this time. WWE will investigate other methods of service of process on TWT under Federal Rule of Civil Procedure 4(f) and may file a revised motion at a later date.

PLAINTIFF WORLD WRESTLING
ENTERTAINMENT, INC.

By: */s/   Jeffrey P. Mueller*
Jeffrey P. Mueller (ct27870)
Day Pitney LLP
242 Trumbull Street
Hartford, CT 06103
Phone: (860) 275-0100
Fax: (860) 275-0343
Email: jmueller@daypitney.com

Jonathan B. Tropp (ct11295)
Day Pitney LLP
One Canterbury Green
201 Broad Street
Stamford, CT 06901
Phone: (203) 977-7300
Fax: (203) 977-7301
Email: jbtropp@daypitney.com

Its Attorneys