# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WORLD WRESTLING ENTM'T, INC.<br>*Plaintiff*,<br><br>v.<br><br>TRANSWORLD TELEVISION CORP.,<br>*Defendant*. | No. 18-cv-780 (VAB) |

## ORDER TO SHOW CAUSE

On May 8, 2018, World Wrestling Entertainment, Inc. ("Plaintiff" or "WWE") sued Transworld Television Corporation ("Defendant"). Complaint, dated May 8, 2018, ECF No. 1. On May 10, 2018, WWE moved for an order directing alternative service of process pursuant to Federal Rule of Civil Procedure 4(f)(3). Motion, dated May 10, 2018, ECF No. 10. On July 31, 2018, WWE withdrew that motion. Notice, dated July 31, 2018, ECF No. 12.

"If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." FED. R. CIV. P. 4(m).

This case therefore shall be dismissed for failure to prosecute and failure to serve **unless by November 12, 2018**, WWE shows cause why this case should not be dismissed for failure to prosecute and failure to timely serve Defendant.

**SO ORDERED** at Bridgeport, Connecticut, this 29th day of October, 2018.

/s/ Victor A. Bolden
Victor A. Bolden
United States District Judge