

PS Form 2865, March 2007 (Reverse) PSN 7530-01-000-9775

**Item Description:** Registered / Letter / Printed Matter / Other / Express Mail International
**Nature de l'envoi (Autre):** Lettre / Imprimé / Recommandé
Insured Parcel (Colis avec valeur déclarée)

RE 479 131 385 US

Date of Posting (Date de dépôt) / Office of Mailing (Bureau de dépôt)

Addressee Name or Firm (Nom ou raison sociale du destinataire):
Transworld Television Corporation
Street and No. (Rue et No.): Verdun Street, 14th Floor Concorde Bldg, P.O. Box 11-4932
Place and Country (Localité et pays): Beirut Lebanon

(Completed by the office of origin / A remplir par le bureau d'origine)

Completed at destination (A compléter à destination):
The article mentioned above was duly delivered.
(L'envoi mentionné ci-dessus a été dûment livré.)
Date / Signature / Signature of Addressee (Signature du destinataire) / Office of Destination Employee Signature (Signature de l'agent du bureau du destination)

Postmark of the office of destination (Timbre du bureau de destination)

30 AOUT 2015 — RIAD EL SOLH 1551

Customs declaration PS Form 2976:
☐ Documents ☐ Commercial sample ☐ Merchandise ☐ Dangerous Goods
☐ Gift ☐ Humanitarian Donation ☐ Other

Detailed description of contents (1): Documents
Qty (2), Weight (3) lb oz, Value (4) (US $), HS Tariff # (5), Country of Origin (6)

Totals (7)

AES Exemption (8)
☐ NOEEI § 30.37(a)  ☐ NOEEI § 30.37(h)

I certify the particulars given in this customs declaration are correct. This item does not contain any undeclared dangerous articles, or articles prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

Sender's Signature and Date (9)

PS Form 2976, July 2013 PSN 7530-01-000-9833

Mailing Office Date Stamp: HARTFORD CT — AUG -2 2015

LC623018085US

Hartford Washington Street Post Office — 06106

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

WORLD WRESTLING ENTERTAINMENT, INC,

V.

TRANSWORLD TELEVISION CORPORATION,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **3:18-CV-00780-VAB**

TO: **Transworld Television Corporation**
Defendant's Address:

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) − or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) − you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Jeffrey Mueller**
**Day Pitney LLP−Htfd−CT**
**242 Trumbull St.**
**Hartford, CT 06103−1212**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

/s/ − J. Fazekas
_____
*Signature of Clerk or Deputy Clerk*



ISSUED ON 2018−05−09 11:49:50.0, Clerk
USDC CTD