# EXHIBIT A

# DAY PITNEY LLP

BOSTON  CONNECTICUT  FLORIDA  NEW JERSEY  NEW YORK  WASHINGTON, DC

**JEFFREY P. MUELLER**
Attorney at Law

242 Trumbull Street
Hartford, CT 06103-1212
T: (860) 275-0164 F: (860) 881-2625
jmueller@daypitney.com

August 2, 2018

**VIA HAND DELIVERY**

Ms. Robin D. Tabora
Clerk of Court
United States District Court
450 Main Street
Hartford, CT 06103


RECEIVED
AUG 02 2018
U.S. DISTRICT COURT
HARTFORD, CONN.

Re: *World Wrestling Entertainment Inc. v. Transworld Television Corporation*, Case No. 3:18-CV-00780-VAB (D. Conn.)

Dear Clerk of the Court:

Please find enclosed the following documents, which we ask you to serve by registered mail (return receipt requested) pursuant to Fed. R. Civ. P. 4(f)(2)(C)(ii) on Defendant Transworld Television Corporation, 14th Floor, Concorde Building, Verdun Street, Beirut, Labanon, P.O. Box 11-4932.

1. Summons (Doc. No. 9);
2. Complaint (Doc No. 1);
3. Motion to Seal (Doc. No. 2);
4. Sealed Exhibits (Doc. No. 3);
5. Corporate Disclosure Statement (Doc. No. 4);
6. Order on Pretrial Deadlines (Doc. No. 5);
7. Electronic Filing Order (Doc. No. 6);
8. Standing Protective Order (Doc. No. 7); and
9. Notice to Counsel and Pro Se Parties (Doc. No. 8).

Pursuant to the Court's Instructions for Service of Process on a Foreign Defendant, I have enclosed Postal Service Forms #2865 and #3806 and one unsealed envelope addressed to the Defendant with the Clerk's Office return address. Please advise if anything further is required.

Very truly yours,

*Jeffrey Mueller*

Jeffrey P. Mueller

strict Court
oulevard
06604






Transworld Television Corporation
14th Floor, Concorde Building
Verdun Street
Beirut, Lebanon, P.O. Box 11-4932



# USPS Return Receipt for International Mail

**UNITED STATES POSTAL SERVICE**

**Return Receipt for International Mail**
(Registered™, Insured and Express Mail®)

Case No. 3:18-CV-00780 (VAB)

Administration des Postes des Etats-Unis d'Amérique

*Par Avion*

Postmark of the office returning the receipt / Timbre du bureau renvoyant l'avis

Return by the quickest route (air or surface mail), à découvert and postage free

A renvoyer par la voie la plus rapide (aérienne ou de surface), à découvert et en franchise de port.

The sender completes and indicates the address for the return of this receipt.
(A remplir par l'expéditeur, qui indiquera son adresse pour le renvoi du présent avis.)

Name or Firm (Nom ou raison sociale)
Ms. Robin D. Tabora, Clerk of Court
United States District Court
450 Main Street

Street and Number (Rue et no.)
Hartford CT 06103

City, State, and ZIP + 4® (Localitié et code postal)

UNITED STATES OF AMERICA — Etats-Unis d'Amérique

PS Form 2865, March 2007 — *Avis de réception* — CN07 (Old C5)

---

## PS Form 3806, Registered Mail Receipt

**Registered No.** ____   **Date Stamp**

To Be Completed By Post Office:
- Postage $
- Extra Services & Fees
  - ☐ Registered Mail $
  - ☐ Return Receipt (hardcopy) $
  - ☐ Return Receipt (electronic) $
  - ☐ Restricted Delivery $
- Extra Services & Fees (continued)
  - ☐ Signature Confirmation $
  - ☐ Signature Confirmation Restricted Delivery $
- Total Postage & Fees $
- Customer Must Declare Full Value $
- Received by

Domestic Insurance up to $50,000 is included based upon the **declared value**. International Indemnity is limited. (See Reverse).

**OFFICIAL USE**

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

**FROM:**
Ms. Robin D. Tabora, Clerk of Court
United States District Court
450 Main Street
Hartford, CT 06103

**TO:**
Transworld Television Corporation
14th Floor, Concorde Building
Verdun Street, Beirut, Lebanon
P.O. Box 11-4932

PS Form 3806, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051
Copy 1 - Customer
(See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com®

| Item Description (Nature de l'envoi) | ☐ Registered Article (Envoi recommandé) | ☐ Letter (Lettre) | ☐ Printed Matter (Imprimé) | ☐ Other (Autre) | ☐ Express Mail International |
|---|---|---|---|---|---|
| | ☐ Insured Parcel (Colis avec valeur déclarée) | RE 439 131 382 US | | | |

**Office of Mailing** (Bureau de dépôt):

**Date of Posting** (Date de dépôt):

**Addressee Name or Firm** (Nom ou raison sociale du destinataire):
Transworld Television Corporation

**Street and No.** (Rue et No.):
Verdun Street, 14th Floor, Concorde Bldg.  P.O. Box 11-4932

**Place and Country** (Localité et pays):
Beirut Lebanon

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.
(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à expéditeur.)

☐ The article mentioned above was duly delivered.
(L'envoi mentionné ci-dessus a été dûment livré.)

**Date**

**Signature of Addressee** (Signature du destinataire)

**Office of Destination Employee Signature** (Signature de l'agent du bureau du destination)

**Postmark of the office of destination** (Timbre du bureau de destination)

PS Form **2865**, March 2007 (Reverse) PSN 7530-01-000-9775