UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WORLD WRESTLING ENTERTAINMENT, INC., | : | CIVIL ACTION NO. 3:18-CV-00780-VAB |
| | : | |
| Plaintiff, | : | |
| VS. | : | |
| | : | |
| TRANSWORLD TELEVISION CORPORATION, | : | |
| | : | |
| Defendant. | : | MAY 6, 2019 |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff World Wrestling Entertainment, Inc. hereby voluntarily dismisses the above-captioned action with prejudice and without costs to any party.

        PLAINTIFF WORLD WRESTLING
        ENTERTAINMENT, INC.

By: */s/   Jeffrey P. Mueller*
    Jeffrey P. Mueller (ct27870)
    Day Pitney LLP
    242 Trumbull Street
    Hartford, CT 06103
    Phone: (860) 275-0100
    Fax: (860) 275-0343
    Email: jmueller@daypitney.com

    Jonathan B. Tropp (ct11295)
    Day Pitney LLP
    One Canterbury Green
    201 Broad Street
    Stamford, CT 06901
    Phone: (203) 977-7300
    Fax: (203) 977-7301
    Email: jbtropp@daypitney.com

    Its Attorneys